1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JAMES DEREMIAH,

        Defendant.

_____/

No. CR  92-00048 SI

**ORDER RE: MARCH 24, 2010 LETTER
(DOCKET NO. 653)**

On March 24, 2010, James Deremiah filed a letter with this Court requesting that the Court restore his voting rights.  Deremiah was convicted in this Court in 1994 of felony aiding and abetting an illegal gambling business in violation of 18 U.S.C. §§ 2 & 1955, and was sentenced to four years of probation, which he apparently completed successfully in 1998.

Felon disenfranchisement – whether based on a state or federal felony conviction – is a matter of state law.  *Richardson v. Ramirez*, 418 U.S. 24, 54 (1974); *Harvey v. Brewer*, --- F.3d ----, 2010 WL 2106623, at *2 (9th Cir. May 27, 2010).  Accordingly, the procedures for restoration of a convicted felon's voting rights are also governed by state law.  *See United States v. Meeks*, 987 F.2d 575, 578 (9th Cir. 1993).  It appears from Deremiah's return mailing address that he currently resides in Arizona.  Pursuant to Arizona law, Deremiah must therefore address his request for restoration of his rights to an Arizona superior court.  *See* Ariz. Rev. Stat. § 13-909(A) ("A person who has been convicted of two or more felonies and whose period of probation has been completed may have any civil rights which were lost or suspended by the felony conviction in a United States district court restored by the presiding judge of the superior court in the county in which the person now resides, on filing of an affidavit of discharge from the judge who discharged him at the end of

1   the term of probation.").

2          As this Court lacks the power to grant Deremiah's request for restoration of this rights, the

3   request is DENIED.

4

5          **IT IS SO ORDERED.**

6   Dated: June 4, 2010

7                                                              SUSAN ILLSTON
                                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28